IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11527
Conference Calendar

_____

RODERICK LADELL BONNER,

Plaintiff-Appellant,

versus

CITY OF MANSFIELD, TEXAS;
MONTE ROBERTS, Police Officer,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CV-760-A
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Roderick Ladell Bonner, Texas prisoner #1057449, proceeding
*pro se* and *in forma pauperis* under 42 U.S.C. § 1983, appeals the
district court's order denying his motion for appointment of
counsel.  In his appellate brief, Bonner recites the factual
allegations of his claims and asserts that he should be permitted
to take a polygraph test to prove that he is "telling the truth."

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

He does not, however, address the district court's denial of his motion for the appointment of counsel. Accordingly, Bonner has waived the only issue properly before this court. See <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993)(arguments must be briefed adequately in order to be preserved for appeal).

AFFIRMED.